UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-4909 DMG(KSx) | Date | July 22, 2022 |
| Title | G. Ashley v. Michael Ray Moore, et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE REQUEST TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**

This matter is before the Court on Plaintiff's complaint. [Doc. # 1.] Plaintiff has neither paid the $402.00 filing fee to bring this matter nor provided the Court with a completed request to proceed *in forma pauperis*. Plaintiff is advised that failure to pay the filing fee or obtain permission to proceed *in forma pauperis* will result in the dismissal of this action without prejudice.

In addition, although the complaint specifies that Stephen Yagman is Plaintiff's attorney of record, he is not designated on CM/ECF as counsel of record. [Doc. # 1 at 14.] Instead, Joseph Reichmann is so designated. Mr. Yagman shall file an appropriate appearance in this matter.

Accordingly, if Plaintiff wishes to proceed with this lawsuit, by **August 5, 2022**, he must either (1) pay the full $402.00 filing fee or (2) file a request to proceed *in forma pauperis*. By that same date, Plaintiff shall also correct the deficiency relating to Mr. Yagman's appearance as lead counsel of record.

**IT IS SO ORDERED**.