Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Hilary Harris, State Bar No. 339697
E-Mail: hharris@hurrellcantrall.com
Ryan C. Oca, State Bar No. 303113
E-Mail: roca@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, MICHEL MOORE, JUSTIN PETERS, EDGAR MURO, KRISTOPHER CLARK, NICHOLAS CHACON, BEN MCPHEETERS, JERITT SEVERNS, VICENTE LOPEZ, IVAN GUILLERMO, RUBEN CHAVEZ, ARMANDO HOYOS, JAMES ZOUREK and DAVID CHRISTENSEN

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

G. ASHLEY,

Plaintiff,

v.

MICHEL RAY MOORE, ERIC MICHAEL GARCETTI, GILBERT CEDILLO, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, PAUL KORETZ, NURY MARTINEZ, MONICA RODIGUEZ, MARQUEECE-HARRIS, MARK RIDLEY-THOMAS, MICHAEL JOSEPH BONIN, JOHN LEE, MITCH O'FARRELL, KEVIN DE LEON, JOSEPH BUSCAINO, WILLIAM J. BRIGGS II, EILEEN DECKER, DALE BONNER, MARIA LOU CALANCHE, STEVE SOBOROFF, LAPD OFFICERS J. PETERS 37708, E. MURO 36863, CLARK 39587, N. CHACON, B. McPHEETERS 30483, RUBEN CHAVEZ, DAVID CHRISTENSEN, BRIAN COLLINS, IVAN GUILLERMO, ARMANDO HOYOS, VICENTE LOPEZ, JERITT SEVERNS, JAMES ZOUREK, and 2 UNKNOWN NAMED DEFENDANTS, 1-10,

Case No. 2:22-cv-04909-DMG (KSx)

**DEFENDANTS' NOTICE TO THE COURT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORY 10**

Judge: Hon. Dolly M. Gee

Trial Date: 04/09/24

Defendants.

TO THE COURT, PLAINTIFF, AND HIS COUNSEL OF RECORD:

Defendants MICHEL MOORE, JUSTIN PETERS, EDGAR MURO, KRISTOPHER CLARK, NICHOLAS CHACON, BEN MCPHEETERS, JERITT SEVERNS, VICENTE LOPEZ, IVAN GUILLERMO, RUBEN CHAVEZ, ARMANDO HOYOS, JAMES ZOUREK and DAVID CHRISTENSEN (herein "Defendants") respectfully submit this notice for clarification of the Magistrate Court's minute order from May 11, 2023 denying in part and granting in part Plaintiff's Motion to Compel Response to Interrogatory No. 10. (ECF Dkt No. 104).

## I. BRIEF STATEMENT OF RELEVANT FACTS AND NOTICE TO THE COURT.

This action arises out of an incident that occurred during a traffic stop on September 9, 2019. LAPD Officers Peters and Muro pulled Plaintiff over for traffic violations. Since the inception of this case, Plaintiff has propounded multiple sets of interrogatories and requests for production of documents on Defendants. Plaintiff has also challenged and moved to compel some of Defendants responses. With various motions, oppositions, and replies being filed with this Court over the course of four months, Defendants' Opposition to Plaintiff's Motion to Compel Response to Interrogatory No. 10 was mistakenly overseen. (ECF Dkt. No. 68)

On March 12, 2023, Plaintiff filed his Motion to Compel Response By Defendant Michel Moore to Interrogatory No. 10. ("Motion to Compel") (ECF Dkt. No. 66) On March 13, 2023, Defendants filed their Opposition to Plaintiff's Motion to Compel (ECF Dkt. No. 68). On March 14, 2023, this Court filed a Notice of Deficiency regarding Plaintiff's Motion to Compel. (ECF Dkt. No. 69) On the same day, March 14, 2023, Plaintiff refiled his same Motion to Compel. (ECF Dkt. No. 71) On March 30. 2023, our office emailed this Court's clerk inquiring as to whether we should refile Defendants' Opposition to follow in order with Plaintiff's refiling

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

of the same Motion to Compel. (See Harris Declaration, Exhibit "A") This Court's clerk responded stating it was not necessary to refile Defendants' Opposition. (See Harris Declaration, Exhibit "A")

On May 11, 2023, this Court denied Plaintiff's Motion to Compel in part and granted it in part, stating in its discussion that "Defendants filed no Opposition brief." (ECF Dkt. No. 104) However, Defendants did file an Opposition brief. (ECF Dkt. No. 68)

## II. CONCLUSION.

Defendants are not requesting any changes be made to the Court's Order regarding Plaintiff's Motion to Compel nor any changes with the record. Defendants merely want to put on record that an Opposition was filed in relation to this matter.

DATED: May 15, 2023 HURRELL CANTRALL LLP

By: */s/ Hilary Harris*

THOMAS C. HURRELL
HILARY HARRIS
RYAN C. OCA
Attorneys for Defendants, MICHEL MOORE, JUSTIN PETERS, EDGAR MURO, KRISTOPHER CLARK, NICHOLAS CHACON, BEN MCPHEETERS, JERITT SEVERNS, VICENTE LOPEZ, IVAN GUILLERMO, RUBEN CHAVEZ, ARMANDO HOYOS, JAMES ZOUREK and DAVID CHRISTENSEN

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000