HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

# DECLARATION OF HILARY HARRIS

I, Hilary Harris, declare:

1. I am an attorney duly licensed to practice before this Court and am an associate with Hurrell Cantrall LLP, attorneys of record for MICHEL MOORE, JUSTIN PETERS, EDGAR MURO, KRISTOPHER CLARK, NICHOLAS CHACON, BEN MCPHEETERS, JERITT SEVERNS, VICENTE LOPEZ, IVAN GUILLERMO, RUBEN CHAVEZ, ARMANDO HOYOS, JAMES ZOUREK and DAVID CHRISTENSEN herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. On March 12, 2023, Plaintiff filed his Motion to Compel Response By Defendant Michel Moore to Interrogatory No. 10. ("Motion to Compel") (ECF Dkt. No. 66)

3. On March 13, 2023, Defendants filed their Opposition to Plaintiff's Motion to Compel (ECF Dkt. No. 68).

4. On March 14, 2023, this Court filed a Notice of Deficiency regarding Plaintiff's Motion to Compel. (ECF Dkt. No. 69)

5. On the same day, March 14, 2023, Plaintiff refiled his same Motion to Compel. (ECF Dkt. No. 71)

6. On March 30. 2023, our office emailed this Court's clerk inquiring as to whether we should refile Defendants' Opposition to follow in order with Plaintiff's refiling of the same Motion to Compel. (See **Exhibit "A"**)

7. This Court's clerk responded stating it was not necessary to refile Defendants' Opposition. (See **Exhibit "A"**)

8. On May 11, 2023, this Court denied Plaintiff's Motion to Compel in part and granted it in part, stating in its discussion that "Defendants filed no Opposition brief." (ECF Dkt. No. 104)

9. However, Defendants did file an Opposition brief. (ECF Dkt. No. 68)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2023, at Los Angeles, California.

*/s/ Hilary Harris*
Hilary Harris

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000