# Exhibit "A"

**Leslie Franco**

**From:** Gay Roberson <Gay_Roberson@cacd.uscourts.gov>
**Sent:** Thursday, March 30, 2023 10:43 AM
**To:** Leslie Franco
**Subject:** EXT: Case 2:22-cv-04909-DMG-KS G. Ashley v. Michael Rey Moore et al.

Good Morning,
No, Docket No. 68 does not need to be re-submitted.

Thank you,
Gay Roberson
Magistrate Judge Courtroom Deputy Clerk to Chief Magistrate Judge Karen L. Stevenson
Gay_Roberson@cacd.uscourts.gov
213-894-3922

---

**From:** Leslie Franco <lfranco@hurrellcantrall.com>
**Sent:** Thursday, March 30, 2023 10:29 AM
**To:** Gay Roberson <Gay_Roberson@cacd.uscourts.gov>
**Cc:** Thomas Hurrell <thurrell@hurrellcantrall.com>; Hilary Harris <hharris@hurrellcantrall.com>
**Subject:** Case 2:22-cv-04909-DMG-KS G. Ashley v. Michael Rey Moore et al.

**CAUTION - EXTERNAL:**

Good morning Mr. Roberson,

I am inquiring as to Dkt. 68 (Defendants' Portion of Joint Stipulation to Plaintiff's Motion to Compel Responses to Interrogatories No.10) which was filed as a motion related document to Dkt. 66 (Plaintiff's Discovery Motion) but Plaintiff's counsel withdrew the motion and resubmitted the Motion as Dkt. 71 (correcting the hearing date only).

My question is if the court requires us to resubmit our filing and connect/link it to Dkt. 71?

Thank you,

**Leslie Franco**
Legal Secretary
Hurrell Cantrall LLP
Ernst & Young Plaza
725 S. Figueroa St., Suite 3800
Los Angeles, CA 90017-5438
Tel: (213) 426-2000
Fax: (213) 426-2020
lfranco@hurrellcantrall.com

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying

of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 213.426.2000 or by reply email to the sender and destroy the original transmission and its contents.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.