STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **G. ASHLEY**, Plaintiff, vs. **MICHEL REY MOORE**, *et al*., Defendants. | 2:22-cv-04909-DMG(KSx) [Proposed] **ORDER** **ON MOTION FOR § 636 REVIEW OF MAGISTRATE JUDGE DISCOVERY ORDER, DOC. 104** Hon. Dolly M. Gee |

**IT IS ORDERED** that on § 636 review, Doc. 104 is reversed and vacated and that defendant Moore shall provide a fully-responsive response to interrogatory 10 within seven days of the date of this order.

Date: June ___, 2023

______________________________

**DOLLY M. GEE**
United States District Judge