JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. ASHLEY, | Case No. CV 22-4909-DMG (KSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL RAY MOORE, *et al.*, | |
| Defendants. | |

-1-

-2-

1
2    Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed
3  February 20, 2024,
4    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is
5  entered against Plaintiff G. Ashley in favor of Defendants Michael Rey Moore a/k/a
6  Michel Rey Moore, Justin Peters, Edgar Muro, Kristopher Clark, Nicholas Chacon, Ben
7  McPheeters, David Christensen, Ivan Guillermo, Armando Hoyos, Vicente Lopez, Jeritt
8  Severns, James Zourek, and County of Los Angeles.
9
10
11  DATED:  February 19, 2024
12                                    _____
                                       DOLLY M. GEE
13                                     UNITED STATES DISTRICT JUDGE